It is ORDERED that the petition for certification is denied.

158 A.3d 568

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DEBRA A. AQUILINA (A/K/A DEBRA LUDVIK, DEBRA SAKEVICH, DEBRA VITARO, DEBRA AQYUKUBA), DEFENDANT–PETITIONER. STATE OF NEW JERSEY, PLAINTIFF, v. MARK AQUILINA, DEFENDANT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2184/2886–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 569

STATE OF NEW JERSEY, PLAINTIFF, v. DEBRA A. AQUILINA (A/K/A DEBRA LUDVIK, DEBRA SAKEVICH, DEBRA VITARO, DEBRA AQYUKUBA), DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MARK AQUILINA, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2184/2886–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 569

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. MARIE L. MUNN (A/K/A MARIE BOYD),
DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005295–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 569

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FREDERICK WINFRED ROBINSON (A/K/A KEVIN DAVIS, FREDDY W. ROBINSON, JAMIL, NEW YORK, FREDERICK ROBINSON, AND FREDRICK ROBINSON), DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001075–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.